UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

KEENEN R. AGEE,

    Plaintiff,

v.

RENO POLICE DEPARTMENT, *et al.*,

    Defendants.

Case No.: 3:24-cv-00306-MMD-CSD

**ORDER**

Re: ECF Nos. 57, 58

Plaintiff has filed a motion to compel and request for sanctions. (ECF Nos. 57, 58.) Preliminarily, Plaintiff's motion does not comply with the court's Civil Standing Order which sets forth the process for informally attempting to resolve a discovery dispute before filing a formal motion to compel. (ECF No. 17.) The motion must be titled as a "Motion Regarding Discovery Dispute" and is limited to **5 pages**, and must contain certain provisions. Moreover, Plaintiff's motion fails to comply with Local Rule IA 1-3(f)(2), which provides that a declaration must state all meet and confer efforts, including the time, place, manner, and participants, and contain a certification that despite sincere efforts to resolve or narrow the dispute, the parties were unable to do so. The failure to comply with this rule is grounds for denial of the motion. LR IA 1-3(f)(4).

For these reasons, Plaintiff's motions (ECF Nos. 57, 58) are **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**.

DATED: October 22, 2024.

                                                                  Craig S. Denney
                                                                  United States Magistrate Judge