UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| KEENEN R. AGEE,<br><br>  Plaintiff,<br><br>  v.<br><br>RENO POLICE DEPARTMENT, *et al.*,<br><br>  Defendants. | 3:24-cv-00306-MMD-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 75 |

Before the court is Plaintiff's Motion Regarding Discovery Dispute. (ECF No. 75.)

Pursuant to the Court's Civil Standing Order (ECF No. 17), Defendants shall file a response on or before close of business on **Thursday, January 30, 2025.** The response shall be limited to 5 pages in length.

**IT IS SO ORDERED.**

DATED:  January 28, 2025.

_____
Craig S. Denney
United States Magistrate Judge

1