# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| KEENEN R. AGEE,<br><br>　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>RENO POLICE DEPARTMENT, *et al.*,<br><br>　　　　　　　　　　Defendants. | 3:24-cv-00306-MMD-CSD<br><br>**ORDER**<br><br>Re:  ECF No. 71 |

　　　At the motion hearing set for **Thursday, February 20, 2025, at 9:00 a.m.**, the court will also address Plaintiff's Motion for Protective Order (ECF No. 71) and related briefing.

　　　**IT IS SO ORDERED.**

　　　DATED:  February 11, 2025.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Craig S. Denney
　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge