**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| KEENEN R. AGEE,<br><br>                              Plaintiff,<br><br>    v.<br><br>RENO POLICE DEPARTMENT, *et al.*,<br><br>                              Defendants. | 3:24-cv-00306-MMD-CSD<br><br>**ORDER** |

The Court has scheduled a motions hearing for **Tuesday, April 8, 2025, at 1:30 p.m.**  In advance of the hearing, Defendant City of Reno is ordered to submit the Reno Police Department Use of Force report that is subject to the Defendant's Motion for Protective Order (ECF No. 105) for *in camera* review.  Defendant City of Reno shall submit the report to Court Chambers no later than **Tuesday, April 1, 2025.**

**IT IS SO ORDERED.**

DATED:  March 27, 2025.

_____
Craig S. Denney
United States Magistrate Judge